UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:10-mj-250 |
| | ) | |
| MICHAEL KNIGHT | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance was held in this action on August 6, 2010. Those present included:

(1) AUSA Scott Winne for the United States of America.
(2) The defendant, MICHAEL KNIGHT.
(3) Attorney Tony Martinez for defendant.
(4) Deputy Clerk Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Winne moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 18 U.S.C. § 2114, robbery of a U.S. Post Office, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offense.

Conclusions

It is therefore ORDERED:

(1)  The defendant is DETAINED without bail.

(2)  The defendant's next appearance shall be before U.S. Magistrate Judge Susan K. Lee at **10:00 am on Wednesday, August 11, 2010.**

ENTER.

                                              *s/William B. Mitchell Carter*
                                              UNITED STATES MAGISTRATE JUDGE